UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LE TALLEY-HO CONSTRUCTION COMPANY** | **CIVIL ACTION NO.: 6:15-cv-02420** |
| **VERSUS** | **JUDGE: REBECCA F. DOHERTY** |
| **JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, W. L. DOGGETT, LLC D/B/A DOGGETT MACHINERY SERVICES, LLC, GREAT AMERICAN INSURANCE GROUP, ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., BRENT ROMERO ANDABC INS. CO.** | **MAGISTRATE: CAROL B. WHITEHURST** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ANSWER BY JOHN DEERE CONSTRUCTION & FORESTRY COMPANY
TO CROSS CLAIM FOR DAMAGES OF W. L. DOGGETT, LLC
d/b/a DOGGETT MACHINERY SERVICES, LLC**

**NOW INTO COURT** through undersigned counsel comes JOHN DEERE CONSTRUCTION & FORESTRY COMPANY [**"DEERE"**] who for Answer to the Cross Claim for Damages of W. L. Doggett, LLC d/b/a Doggett Machinery Services, LLC [**"DOGGETT"**] avers as follows:

**ANSWER**

I.

The allegations of paragraph 1 of the Cross Claim for Damages are denied except to admit status. DEERE is a Delaware Corporation with its principal business office in Moline, Illinois.

II.

The allegations of paragraph 2 of the Cross Claim for Damages are not directed to Deere, but out of an abundance of caution are denied for lack of sufficient information to justify a belief therein.

1

III.

The allegations of paragraph 3 of the Cross Claim for Damages are denied for lack of sufficient information to justify a belief therein.

IV.

The allegations of paragraph 4 of the Cross Claim for Damages call for conclusions of law for which no answer is required.  However, out of an abundance of caution the allegations are denied for lack of sufficient information to justify a belief therein.

V.

The allegations of paragraph 5 of the Cross Claim for Damages are not directed to Deere.  However, out of an abundance of caution, the allegations are denied for lack of sufficient information to justify a belief therein.

VI.

The allegations of paragraph 6 of the Cross Claim for Damages are denied.

VII.

The allegations of paragraph 7 of the Cross Claim for Damages call for conclusions of law for which no answer is required.   However, out of an abundance of caution, the allegations are denied for lack of sufficient information to justify a belief therein.

VIII.

The allegations of paragraph 8 of the Cross Claim for Damages call for conclusions of law for which no answer is required.  However, out of an abundance of caution, the allegations are denied for lack of sufficient information to justify a belief therein.

IX.

The allegations of paragraph 9 of the Cross Claim for Damages call for conclusions of law for which no answer is required. However, out of an abundance of caution, the allegations are denied for lack of sufficient information to justify a belief therein.

X.

Deere realleges, reavers and reiterates its Answer and Affirmative Defenses previously filed in the record of this matter as if copied herein in extenso.

XI.

**RESERVATION**

DEERE specifically reserves the right to file additional amended and/or supplemental Answers, Third-Party Complaints, Counterclaims and/or Cross-Claims or Answers thereto, additional affirmative defenses and/or other matters constituting avoidance such as the facts of this matter may later disclose and require.

XII.

**PRAYER**

Wherefore, Premises Considered, DEERE respectfully requests that: W. L. Doggett, LLC d/b/a Doggett Machinery Services, LLC, Plaintiff in Cross Claim. claims against John Deere Construction & Forestry Company be dismissed with prejudice and at Doggett's cost and for such other and further relief at either law or equity to which Deere may be justly entitled.

Respectfully submitted,
**COTTEN SCHMIDT & ABBOTT, L.L.P**


**/S/ PAUL M. LAVELLE**
**PAUL M. LAVELLE   (08134)**
650 Poydras Street, Suite 2810
New Orleans, LA  70130
Telephone:  504/568-9393
Facsimile:   504/524-1933
plavelle@csa-lawfirm.com

RICHARD M. SIMSES (12306)
COTTEN SCHMIDT & ABBOTT, L.L.P.
2002 Timberloch Place, Suite 200
The Woodlands, TX  77380
Telephone:  281/296-5892
rsimses@csa-lawfirm.com

**ATTORNEYS FOR JOHN DEERE CONSTRUCTION & FORESTRY COMPANY**


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing pleading has been filed via the ECF-CM system and served on all known counsel of record this 3rd  day of  November, 2015.


**/s/ PAUL M. LAVELLE (08134)**
**PAUL M. LAVELLE**

4